NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIRNETX INC.,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC.,**
*Appellee*

---

2019-1671

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,679.

---

**ON MOTION**

---

Before LOURIE, *Circuit Judge*.

**O R D E R**

Upon consideration of the motion by the United States to stay proceedings or for an extension of time,

IT IS ORDERED THAT:

The motion is granted to the extent that December 18, 2019 is now the date by which the United States must request to intervene and submit any response to Appellant's

pending motion to vacate and remand. No further extensions will be granted.

FOR THE COURT

November 18, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32