NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIRNETX INC.,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC.,**
*Appellee*

**ANDREW HIRSHFELD, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

---

2019-1671

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,679.

---

**SUA SPONTE**

---

Before MOORE, *Chief Judge*, O'MALLEY and CHEN, *Circuit Judges*.

PER CURIAM.

**O R D E R**

On August 17, 2021, this court ordered the parties to respond how they believe this appeal should proceed in light of *United States v. Arthrex, Inc.*, 141 S. Ct. 1970 (2021). In response, appellant requests that the court vacate and remand. Appellee and intervenor oppose vacatur and state that appellant is only entitled to the limited remand provided for in *Arthrex*.

IT IS ORDERED THAT:

(1) This case is remanded for the limited purpose of allowing appellant the opportunity to request Director rehearing of the final written decision. The request to vacate is denied.

(2) Appellant must file the request for rehearing within 30 days from the date of this order.

(3) This court retains jurisdiction over this appeal.

(4) Appellant shall inform this court within 14 days of any decision denying rehearing. The Clerk of Court shall reactivate the appeal upon receipt of that notice.

(5) Within 14 days of a decision granting rehearing, the intervenor shall inform the court of that decision and make any request to remand the case in full or continue the stay of proceedings. The intervenor's request shall include a statement of consent or opposition.

FOR THE COURT

October 05, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s28